# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

129518

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VAUGHN WAYNE MONROE,
　　　　Plaintiff-Appellant,

v

SC: 129518
COA: 264069
Ingham CC: 03-001821-NO

LARRY DENISTON and DIANA
DENISTON,
　　　　Defendants-Appellees.

_____/

　　　On order of the Court, the application for leave to appeal the August 10, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

Clerk

s0221